IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROMANUS M. ISIOFIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv683-MHT |
| | ) | (WO) |
| MICHAEL CHERTOFF, Secretary | ) | |
| Department of Homeland Security, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on August 14, 2006 (doc. no. 2), said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that this case is TRANSFERRED to the United States District Court for the Southern District of Alabama pursuant to the provisions of 28 U.S.C. § 1404 (a).

DONE, this the 25th day of September, 2006.

                                             /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE